UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jonathan Santiago

    v.                                          Case No. 19-cv-236-JL

NH Department of Corrections,
Commissioner, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 15, 2020.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: May 1, 2020

cc:   Jonathan Santiago, pro se